PREPARED BY AND RETURN TO:
M. E. Wileman
2860 Exchange Blvd. # 100
Southlake, TX 76092

**Assignment of Mortgage**

Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, BENEFICIAL MAINE INC., A DELAWARE CORPORATION 636 Grand Regency Blvd, Brandon, FL 33510 (Assignor) by these presents does assign and set over, without recourse, to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST 13801 Wireless Way, Oklahoma City, OK 73134 (Assignee) the described mortgage with all interest, all liens, any rights due or to become due thereon, executed by WILLIAM A. PREBLE AND VALERIE A. PREBLE, HUSBAND AND WIFE AS J/T to BENEFICIAL MAINE INC., A DELAWARE CORPORATION. Said mortgage Dated: 8/18/2005 is recorded in the State of ME, County of Penobscot on 8/22/2005, Instrument # 31346 Book 10046 Page 250 AMOUNT: $ 138,314.93 Property Address: 381 W CORINTH RD, CORINTH, ME 04427

PREBLE CNR

IN WITNESS WHEREOF, the undersigned corporation/trust has caused this instrument to be executed as a sealed instrument by its proper officer. Executed on: December 8, 2016
BENEFICIAL MAINE INC., A DELAWARE CORPORATION By Caliber Home Loans, Inc. Its Attorney in Fact

By: _____
Connie M. Riggsby, Vice President

_____
Witness: J. Pinson

State of Texas, County of Tarrant
On 12/08/2016, before me, the undersigned, Connie M. Riggsby, who acknowledged that he/she is Vice President of/ By Caliber Home Loans, Inc. Its Attorney in Fact for BENEFICIAL MAINE INC., A DELAWARE CORPORATION and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of BENEFICIAL MAINE INC., A DELAWARE CORPORATION.

_____
Notary public, Janell Junkin
My commission expires: August 19, 2019

JANELL JUNKIN
Notary Public, State of Texas
My Commission Expires
August 19, 2019

Susan F. Bulay, Register
Penobscot County, Maine

ME Penobscot

CALIBER/DECBLITZ/SFR


EXHIBIT D