AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00557-JAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Bradley Preble

was received by me on *(date)*  12/11/19

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Amy Preble  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Bradley Preble

on *(date)*  1/8/2020  ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ 13.00 for travel and $ 33.12 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1/8/2020

_____
Server's signature

Joshua C Lilley
_____
Printed name and title

85 Hammond St Bangor, ME 04401
_____
Server's address

Additional information regarding attempted service, etc:


Print    Save As...                              Reset