THE STATE OF MAINE
UNITED STATES DISTRICT COURT, DISTRICT OF MAINE

Index No.: 1:19-CV-00557-JAW
Filed On: 12/9/2019

U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST

**AFFIDAVIT OF SERVICE**

-against-

**BRADLEY PREBLE, AS HEIR TO THE ESTATE OF VALERIE A. PREBLE, ET AL**

STATE OF FL, COUNTY OF: Flagler .: (Process Server): Robin Owens,
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of ____.
That on 12/17/2019, at 7:05 PM am/pm at 35 RIDLEY LANE, PALM COAST, FL 32164 I served the SUMMONS IN A CIVIL ACTION, COMPLAINT AND CIVIL ACTION COVER SHEET bearing Index # 1:19-CV-00557-JAW and filed date 12/9/2019 upon **BRYAN PREBLE A/K/A BRIAN PREBLE, AS HEIR TO THE ESTATE OF VALERIE A. PREBLE**,

[X] INDIVIDUAL
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[ ] AGENCY / BUSINESS ENTITY
by delivering thereat ____ true copy(ies) of each to (name)_____,
(capacity)_____, known by deponent to be an authorized agent of the named defendant therein.
Designated under rule _____ and tendering the required fee (if applicable).

[ ] SUITABLE AGE PERSON
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name)_____
(relationship)_____ who verified that the intended recipient actually lives/works at this location.

[ ] AFFIXING TO DOOR
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:
1) ____, at ____ am/pm 2) ____, at ____ am/pm 3) ____, at ____ am/pm
Deponent verified that the Defendant lived/worked at said premises with _____.

[ ] MAILING COPY
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed by first class mail [ ( ) and certified mail # _____ ] by depositing in an official depository under exclusive care and custody of the US Postal Service in the State of ____ on (date)

[X] DESCRIPTION
Sex: M; Color: White; Hair: Blonde Approx. Age: 48; Approx. Height: 6'2"; Approx. Weight: 300;
Other: _____

[ ] WITNESS FEE
Deponent tendered to the recipient $_____ as traveling expenses, witness fee or other statutory fee.

[ ] MILITARY SERVICE
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on someone who is currently on active duty in the US military service and was informed that he/she was not.

[ ] NON-SERVICE
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

Sworn to before me on: 12/17/19

*(signature)* Ruth M. Pippin
RUTH M. PIPPIN
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG336960
Expires _____

*(signature)* Robin Owens
#238
Signature of Process Server

DOONAN, GRAVES & LONGORIA, LLC MA
100 CUMMINGS CENTER,, SUITE 225D
BEVERLY, MA 01915
Phone: (978) 921-2670
File No. 54610

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS740460F)VM 996786>